MAY 1 3 2024

IN THE UNITED STATES DISTRICT COURT
FOR THE 6TH CIRCUIT OF KENTUCKY

CIVIL DIVISION

Eastern District of Kentucky
FILED

MAY 1 3 2024

AT LEXINGTON
Robert R. Carr
CLERK U.S. DISTRICT COURT

RYAN J. WEEMS-JOHNSON SR.
Plaintiff

V.

MILLIGAN'S BAR (OWNER)
ELIZEBETH WILSON, Et Al.,
Defendant

CIVIL ACTION AT LAW (COMPLAINT)

And now, comes the Plaintiff, Ryan J. Weems-Johnson Sr., acting in Pro Se capacity and I.F.P hereby moves this Honorable Court in a Civil Action At Law. In support thereof, the plaintiff avers the following:

Jurisdiction and Venue

1. The basis of jurisdiction is set forth under Rule (a), F.R.Cv.P., which requires that jurisdiction be shown in pleadings.

2. Defendant " Milligans Bar ", location is 2210 West 2nd Street, Owensboro, Kentucky, in which the 6th Circuit has jurisdiction and administrative control over.

3. The matter in controversy is greater than $75,000.00. Which the United States District Courts has administrative control and jurisdiction over.

4. The District Courts shall have original jurisdiction of any Civil Action authorized by law to be commenced by any person, citizen of the United States.

Residence ( Citizenship ) of Principal Parties

5. Plaintiff, Ryan J. Weems-Johnson Sr., D.O.B. 08/13/1979 is a citizen of the United Staes, native and naturalized. Plaintiff has (1) child a Jr., that is also a United States citizen, born vative and also naturalized. Plaintiff has a driver license, has registered to vote and pays taxes and files taxes as well.

6. Defendant is the owner of "Milligans Bar", they pay state, federal and local taxes. Defendant hire workers who also file taxes and pay taxes which makes the defendant a citizen of the United States.

Nature of Suit / Factual Background

7. Plaintiff is filing a Negligent Tort claim against the defendant. Negligence as " Personal Injuries" performed by the defendant.

8. Defendant is also negligent as in " Foreseeability of Harm or the Manner of its Occurance", "Deliberate Indifference", Meaning actors ( Milligans Bar) conduct is substatial factor in bringing about harm to another, also Ethical Violations and Defamation " Libel" false police reports.

9. Plaintiff was in " Grave Dannger" on, 12/29/2023 around 11:45 pm on the defendant's place of buisness / occupied property. (A) The defendant (Milligan's Bar/ security) put the plaintiff and the plaintiff's family in " Grave Danger", by not contacting authorities, after an assualt which took place inside the defendant ( Milligan's Bar) place of buisness; between plaintiff step-daughter and the aggresor (male).

10. Plaintiff and plaintiff's family (B) Was forced to leave the safety of the defendant (Milligan's Bar) establishment during a time when the "aggresor" was threatening bodily injury to the plaintiff's family, fully aware of these threats, defendant (Milligan's Bar/ Security) failed to alert the proper authorities.

11. The time lapse that occured from the primary incident until the actual "911" call exceeds the actual police response time. (Reffer to time/ Date/ Stamp on video-footage in refference to the time of the actual "911" call and police response to arriving on scene).

12. Defendant (Milligan's Bar/ Security) (C) Lack of proper security proceedures put plaintiff's family in the line of immanent serious bodily injury. The aggresor as threaten did proceed to his personal vehicle that was also located on the defendant (Milligan's Bar) property/ occupied place of buisness, to retrieve a firearm. In witnessing this event, defendant (Milligan's Bar/ Security) further failed to alert the proper authorities, in effort to secure the safety and well-being of the establishment's patrons.

13. Plaintiff (D) In a act of preservation of life, was able, in fact to, disarm the aggressor, infront of security and pleaded with security, to take control of the firearm, so the plaintiff could secure his family's safety. Only then did defendant (Milligan's Bar/ Security) alert the proper authorities. (Reffer to survielence footage and actual time of the "911" call). (Please request all video- footage, (2) days prior and after incident).

Cause of Action

14. Plaintiff was detained for a parole violation stemming from the life or death situation and constitutional violations, performed by the defendant, such as 14th Amendment and 8th Amendment.

15. Plaintiff is suffering from P.T.S.D, high anixety, pain, depervation of civil rights, loss of wages, personal injuries and disfigurements.

16. Plaintiff also suffers from "Defamation" as in "Libel". Defendant filed a false police report, with such allegations as in, posession of a firearm. Plaintiff never brought a firearm to the defendant (Milligan's Bar) property/ occupied place of buisness. Defendant (Milligan's Bar/ Security) witness these actions (A) Assault on palintiff's step-daughter. (B) Threat's of bodily injury to plaintiff and his family, further the aggresor did retrieve a firearm, in lieu of these threats; only then after, the plaintiff disarmed the aggresor in the act of presevation of life did the defendant (Milligan's Bar/ Secuirty) actually alert the authorities. There lack if observance to take the proper proceedural steps, put not only the plaintiff and plaintiff's family, also the civilians in the radius in "Grave Danger". Which has given the palintiff " High Aniexty" and "P.T.S.D".

17. Defendant's refusal to bring plaintiff and plaintiff's family to a secure place inside the establishment and alert the proper authorities, or secure the firearm is "negligence" to the upmost and a "Ethical Violation" of the constitution an "Defamation" in a "Libel" manner, due to the false reports to th police in a scheme to cover up the harmful public services to the community. (Please get video-footage from train-crossing on 2nd street).

Prayer for Relief

Wherefore Plaintiff humbly and respectfully prays that the Honorable Court enter judgement granting the plaintiff. A daclaration that acts and omissions described herein violated the plaintiff's rights under the " Constitution and Laws of the United States". Order defendant to pay monetary and punitive damages. Grant of relief that this court should deem, just, proper and equitable

Respectfully Submitted,

Date: 05/04/2024

Ryan J. Weems-Johnson Sr.

## VII.  SIGNATURE

By signing this complaint, you represent to the court that the facts alleged are true to the best of your knowledge and are supported by evidence, that those facts show a violation of law, and that you are not filing this complaint to harass another person or for any other improper purpose.

Local Rule of Court 83.18 requires *pro se* plaintiffs to keep the court informed of their current address. If your address changes while your lawsuit is being litigated, you must immediately inform the court of the change in writing. By signing and submitting the complaint form, you agree to provide the Clerk's Office with any changes to your address where case-related papers may be served, and you acknowledge that your failure to keep a current address on file with the Clerk's Office may result in dismissal of your case.

*[signature: Weeks Johnson Sr.]*
Signature of Plaintiff

05/04/2024
Date