UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
OWENSBORO DIVISION

RYAN J. WEEMS-JOHNSON, SR.                                                                    Plaintiff

v.                                                                              Civil Action No. 4:24-cv-49-RGJ

MILLIGAN'S BAR, *et al.*                                                                    Defendants

\* \* \* \* \*

## **ORDER**

For the reasons set forth in the Memorandum entered this date, and the Court being otherwise sufficiently advised,

**IT IS ORDERED** that the instant action is **DISMISSED without prejudice** for failure to prosecute pursuant to Fed. R. Civ. P. 41(b).

There being no just reason for delay in its entry, this is a **final Order**.

This Court further **certifies** that an appeal *in forma pauperis* would not be taken in good faith. *See* 28 U.S.C. § 1915(a)(3).

Date:

cc:    Plaintiff, *pro se*
       Defendants
A961.014